Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE: ) CHAPTER 13

Ben Diep ) CASE NO. SV16-10125-MT

) **WITHDRAWAL OF TRUSTEE'S**
) **MOTION TO DISMISS**
) **CHAPTER 13 CASE**

(DEBTOR) )

To the Honorable Maureen Tighe, United States Bankruptcy Judge, Debtor, Counsel for Debtor, if any, and all interested parties:

The Motion by the Chapter 13 Trustee for dismissal of the above captioned Chapter 13 Case, served on the Debtor and Counsel for Debtor on September 05, 2018, is hereby withdrawn.

Executed at Sherman Oaks California on September 26, 2018

*Elizabeth F Rojas*
_____
Elizabeth F. Rojas
Chapter 13 Trustee

## PROOF OF SERVICE

I declare under penalty of perjury that I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to the above action and that on September 26, 2018 I mailed copies of this document to:

Ben Diep
11404 Dona Dorotea Drive
Studio City, CA 91604

Simon Resnik Hayes Trust Account
Simon Resnik Hayes
21241 Ventura Blvd., #253
Woodland Hills, CA 91364

Assistant United States Trustee
Department of Justice
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Executed at Sherman Oaks, California on September 26, 2018.

_____
Marina Ortiz